FILED
November 17, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr -S-05-0554 LKK |
| ) Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| AUDREY BEASLEY, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Audrey Beasley</u>, Case No. <u>Cr S-05-0554 LKK</u>, Charge <u>Title 21 USC § 841</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __  Release on Personal Recognizance

   X  Bail Posted in the Sum of $ 25,000<sup>00</sup>

   X  Unsecured Appearance Bond

   __  Appearance Bond with 10% Deposit

   __  Appearance Bond with Surety

   __  Corporate Surety Bail Bond

   X  (Other) _Pretrial Services Supervision w/ conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on _November 17, 2006_ at _2:30_ pm.

By _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal