UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. CR-S-05-0554 LKK |
| v. ) | |
| HARVEY LEE SEWELL, JR., and ) | |
| AUDREY BEASLEY. ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
( ) Ad Prosequendum             (X) Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | | Alicia Phillips, X-Ref. No. 1597993 |
| Detained at (custodian): | | Rio Cosumnes Correctional Center (RCCC), 12500 Bruceville Road, Elk Grove, California 95757 |
| Detainee is: | a.) | ( ) charged in this district by:  ( ) Indictment  ( ) Information  ( ) Complaint charging detainee with: _____ |
| | or  b.) | (X) a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | (X) return to the custody of detaining facility upon termination of proceedings |
| | or  b.) | ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California for immediate appointment of counsel in anticipation of a trial beginning on December 5, 2006, at 10:30 a.m.*

| | |
|---|---|
| Signature: | /s/ Jason Hitt |
| Printed Name & Phone No: | Jason Hitt  916-554-2751 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
( ) Ad Prosequendum             (X) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 11/28/06

LAWRENCE K. KARLTON
United States District Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | "Goldy" | Male | X Female |
| Booking or CDC #: | X-Ref. No. 1597993 | | |
| Facility Address: | Rio Cosumnes Correctional Center (RCCC) 12500 Bruceville Road Elk Grove, California 95757 | | |
| Facility Phone: | 916-874-1927 | | |
| Currently Incarcerated For: | Probation Violation | | |

### RETURN OF SERVICE

Executed on _____   By: _____
                                        (Signature)