McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-S-05-0554 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING JUDGMENT AND |
| v. | ) | SENTENCE AND RESETTING |
| | ) | PRESENTENCE REPORT DATES FOR |
| HARVEY SEWELL JR. and | ) | DEFENDANT AUDREY BEASLEY |
| AUDREY BEASLEY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Audrey BEASLEY, by her counsel, Michael Bigelow, Esq., hereby stipulate and agree that the currently-set judgment and sentencing date of May 22, 2007, at 9:30 a.m. should be continued to July 24, 2007, at 9:30 a.m. based upon the upcoming trial of co-defendant Harvey SEWELL. With the approval of the Probation Officer, the parties further agree that the following dates shall be set for the Presentence Report:

Motion for Correction of the Presentence
Report shall be filed with the Court and
served on the Probation Officer and the
opposing counsel no later than:                July 17, 2007

The Presentence Report shall be filed with
the Court and disclosed to counsel
no later than:                                 July 10, 2007

```
Counsel's written objections to the
Presentence Report shall be delivered
to the Probation Officer and opposing
counsel no later than:                          July 3, 2007


The proposed Presentence Report shall
be disclosed to counsel no later than:          June 19, 2007



Dated: April 12, 2007          /s/Jason Hitt
                               JASON HITT
                               Assistant U.S. Attorney


Dated: April 12, 2007          /s/Jason Hitt
                               Telephonically authorized to sign
                               for Mr. Bigelow on 04-12-07
                               MICHAEL BIGELOW, Esq.
                               Counsel for Audrey Beasley
```

1  _____

2                                    **ORDER**

3       Based upon the representations by counsel and the
4  stipulation of the parties, IT IS HEREBY ORDERED that the
5  judgement and sentencing date of May 22, 2007, at 9:30 a.m., is
6  CONTINUED to July 24, 2007, at 9:30 a.m. and the proposed dates
7  for the Presentence Report are hereby ADOPTED as set forth in the
8  stipulation of the parties.

9

10      IT IS SO ORDERED.
11 Date: April 16, 2007
12                                   _____
                                     LAWRENCE K. KARLTON
13                                   SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28