| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR-S-05-0554 LKK |
| v. | |
| HARVEY LEE SEWELL, JR. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    ( ) Ad Prosequendum            (X) Ad Testificandum

Name of Detainee:     Alicia Phillips, X-Ref. No. 1597993
Detained at (custodian):     Sacramento County Main Jail, 651 "I" Street, Sacramento, California 95814

Detainee is:
- a.) ( ) charged in this district by:   ( ) Indictment   ( ) Information   ( ) Complaint charging detainee with: _____
- or b.) (X) a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) (X) return to the custody of detaining facility upon termination of proceedings
- or b.) ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary in the Eastern District of California for trial testimony on or about Tuesday, January 29, 2008, at 10:30 a.m.*

Signature:     /s/ Jason Hitt
Printed Name & Phone No:     Jason Hitt  916-554-2751
Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
    ( ) Ad Prosequendum            (X) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: January 23, 2008

_____
LAWRENCE K. KARLTON
United States District Judge

---

Please provide the following, if known:
AKA(s) (if applicable):     "Goldy"            Male   X Female
Booking or CDC #:     X-Ref. No. 1597993
Facility Address:     Sacramento County Main Jail
    651 "I" Street
    Sacramento, California 95814
Facility Phone:     916-874-6752
Currently Incarcerated For:     Probation Violation

---

### RETURN OF SERVICE

Executed on    _____    By: _____
                                                                       (Signature)